STATE OF CONNECTICUT v. LESTER HART

REVIEW DIVISION OF THE SUPERIOR COURT

Decided June 17, 1971

(No. 19759).

*Herbert J. Bundock,* public defender, for the defendant.

*Walter D. Flanagan,* assistant state's attorney, for the state.

BY THE DIVISION. The defendant was sentenced on January 20, 1971. His application for review of sentence was not filed with the clerk until February 22, 1971, more than thirty days after sentence. The

Review Division has no jurisdiction to consider an application filed beyond the statutory limit of thirty days. General Statutes § 51-195; *State* v. *Scates,* 22 Conn. Sup. 270.

The application is dismissed.

SHEA, DANNEHY and O'SULLIVAN, Js., participated in this decision.